USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 6 MAR 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENCHMARK FINANCIAL SERVICES, INC., on behalf of itself and all others similarly situated,

Plaintiff,

v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.; MARY L. SCHAPIRO; RICHARD F. BRUECKNER; T. GRANT CALLERY; TODD DIGANCI; and HOWARD M. SCHLOSS

Defendants.

1:08-cv-11193-JSR

CLASS ACTION

JURY TRIAL DEMANDED

---

## NOTICE OF APPEAL

Notice is hereby given that Benchmark Financial Services, Inc. ("Benchmark"), plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Order entered March 1, 2010 (docket entry 17), by which the District Court dismissed, with prejudice, Benchmark's Amended Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure and directed the entry of judgment in favor of Defendants.

/

/

/

/

Dated: March 15, 2010      Respectfully submitted,

CUNEO GILBERT & LADUCA, LLC

By:      /s/ Jonathan W. Cuneo
      Jonathan W. Cuneo (JC 1112)
      Matthew E. Miller
      William H. Anderson

      507 C Street, NE
      Washington, DC 20002
      (202) 789-3960 (phone)
      (202) 789-1813 (fax)

*and*

Rockefeller Center
620 Fifth Ave. – 6th Floor
New York, NY 10020
Attorneys for Plaintiff and the Class

**AND**

GREENFIELD & GOODMAN, LLC
Richard D. Greenfield (RG 4046)
250 Hudson Street, 8th Floor
New York, NY 10013
(917) 495-4446 (phone)
(212) 355-9592 (fax)

2

## CERTIFICATION OF SERVICE

I, William H. Anderson, certify that on March 15, 2010, I served the foregoing via Federal Express overnight on the following counsel of record:

Douglas R. Cox, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

                                                  /s/ William H. Anderson
                                                    William H. Anderson