**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

N.Y.S.D. Case #
08-cv-11193(JSR)

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of June, two thousand and ten,

Benchmark Financial Services, Inc., on behalf of itself and all others similarly situated,

Plaintiff - Appellant,

v.

Financial Industry Regulatory Authority, Inc., Mary L. Schapiro, Richard F. Brueckner, T. Grant Callery, Todd Diganci, Howard M. Schloss,

Defendants - Appellees.

ORDER
Docket Number: 10-941

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 27, 2012

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe, Clerk

Jeanine Cook, Deputy Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/26/2012